Rev. 3/2010

# Clerk's Office
## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Angela D. Caesar, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Date: _____

UNITED STATES OF AMERICA

v.                                                                                           Criminal No.: _____

_____

**CRIMINAL NOTICE**

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:

DATE:

TIME

JUDGE:

COURTROOM:            No.       -            Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

ANGELA D. CAESAR, Clerk

By:  _____
                Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk