On Feb 2, 2023, at 10:59 AM, Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov> wrote:

Counsel,

The Court received an incident report from D.C. DOC this morning alleging that Mr. Shively, with others and among other things, incited a riot while in pretrial detention at CTF in September 2022. Chambers has attached the entire report here, except for medical information on Mr. Shively and other detainees, which the Court views as unnecessary and ungermane. The Court relies on behavior while in pretrial detention, good and bad, for the purposes of sentencing and may address this incident report tomorrow during the sentencing hearing.

Chambers

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Edward Ungvarsky <ed@ungvarskylaw.com>
**Sent:** Thursday, February 2, 2023 11:06 AM
**To:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Cc:** Emory.Cole@usdoj.gov
**Subject:** Re: 21cr151 US v Shively

**CAUTION - EXTERNAL:**

Thank you. I will review. Can you please advise the process in which the incident report was received by chambers? Thank you.

Ed Ungvarsky

Edward J. Ungvarsky, Esq.

Ungvarsky Law, PLLC
Office - 571 207 9710
Cell -    202 409 2084
ed@ungvarskylaw.com
(sent from iPhone. Please forgive and ignore typographical errors.)

On Thu, Feb 2, 2023 at 11:17 AM Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov> wrote:

Counsel,

Marshal Ruffin notified the judges of the District Court last year that there had been a significant incident at CTF and identified those allegedly involved. Marshal Ruffin suggested that those allegedly involved might be moved to different facilities or put in more restrictive housing in their present facility because DOC purportedly viewed them at the time as particularly dangerous. The Marshals only had an incomplete and unsigned report from DOC and directed Chambers to DOC for the full report. Because the Court can and does consider disciplinary infractions (or the lack thereof) as part of the considerations of sentencing (e.g., the Court may give credit if there were no infractions), the Court requested the full incident report from DOC, which the Court is now sharing.

Chambers

---

**From:** Edward Ungvarsky <ed@ungvarskylaw.com>
**Sent:** Thursday, February 2, 2023 12:24 PM
**To:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Cc:** Emory.Cole@usdoj.gov
**Subject:** Re: 21cr151 US v Shively

**CAUTION - EXTERNAL:**

Thank you for the information.

The defense may be moving to continue the sentencing. I will aim to let the Court and parties know prior to 4:00 p.m. this afternoon.

I'm about to leave my office for the day. If I file a motion, I'll file it when I'm at my house later today.

I received another letter in support of Mr. Shively for sentencing, and I just filed it on the docket.

Thank you.

Ed Ungvarsky

On Thu, Feb 2, 2023 at 12:34 PM Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov> wrote:

> Counsel,
>
> The Court has directed Chambers to inform you that it intends for defense counsel, Government counsel, and Mr. Shively himself to have sufficient time to review the incident report that the Court only received this morning. If such additional time is, in fact, necessary, the Court will continue the sentencing hearing upon the receipt of a motion for such relief. The Court recently vacated a trial set for the week of February 20 (President's Day) and has a substantial amount of availability from that date through the rest of the month.
>
> Chambers

**From:** Edward Ungvarsky <ed@ungvarskylaw.com>
**Sent:** Thursday, February 2, 2023 3:19 PM
**To:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Cc:** Emory.Cole@usdoj.gov
**Subject:** Re: 21cr151 US v Shively

**CAUTION - EXTERNAL:**

Dear Chambers and Counsel,

I just filed a Consent Motion to Continue with proposed new dates. I attach courtesy copies.

I respectfully ask Chambers to please contact the USMS and/or DOC and to cancel Mr. Shively's come-up for tomorrow

Thank you

Ed Ungvarsky

## 21cr151 US v Shively
3 messages

From: **Kollar-Kotelly Chambers** <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
Date: Thu, Feb 2, 2023 at 3:22 PM
Subject: RE: 21cr151 US v Shively
To: ed_ungvarskylaw.com <ed@ungvarskylaw.com>
Cc: Emory.Cole@usdoj.gov <Emory.Cole@usdoj.gov>

Thank you, counsel. Chambers will expeditiously contact the Marshals regarding Mr. Shively's come-up. A minute order will issue.

Chambers